# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERTA MOLLER**                                                                      **PLAINTIFF**

**v.**                      **Case No. 4:23-cv-00493-KGB**

**CAPITAL ONE BANK, N.A.,**
**EXPERIAN INFORMATION**
**SOLUTIONS, and EQUIFAX, INC.**                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 17). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal and dismisses the action with prejudice, with each party to bear its own costs and attorneys' fees (Dkt. No. 17).

It is so ordered this 18th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge